IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE COMPANY et al., | 2:00-cv-785-GEB-EFB |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| GILBERT J. MENDIVEL et al., | |
| Defendants. | |

Plaintiffs are ordered to show cause ("OSC") in a writing to be filed no later than 12:00 p.m. on July 23, 2007, why this action should not be dismissed for failure to prosecute. If Plaintiffs fail to respond to this OSC, this action may be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: July 11, 2007

GARLAND E. BURRELL, JR.
United States District Judge